HAROLD J. WALTER, Respondent, v. ANTHONY FROEHLICH et al., Appellants.—

No opinion.
Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

THIRD DEPARTMENT, JANUARY, 1952.

(January 9, 1952.)

In the Matter of FRANK M. ATKINS, Petitioner, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND O'KEEFE, ANTONIO ROMEO, LOUIS DIMBRO, JOSEPH BANOVIC, Alias "BINGO JOE", KEISER JOSEPH, Alias "MUSHY KEISER", DEMETRIUS SARACENO, SIDNEY GOODSITE, Alias "SHIMMY", MARTIN MONDOLFI, LOUIS FIATO and JOSEPH CAPALACES, Appellants, et al., Defendants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *post*, pp. 880, 881.]

CHARLES DOBBINS, Plaintiff, v. CONCORD CONSTRUCTION CO., INC., et al., Defendants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of MAX MATTES, Respondent, against MRS. BLUM'S BAKERY (GERTRUDE BLUM), et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Accounting of JEREMIAH W. DAVERN, as Executor of ELIZABETH M. RYAN, Deceased. JEREMIAH W. DAVERN, Individually and as Executor and Trustee under the Will of ELIZABETH M. RYAN, Deceased, Appellant; JOHN RYAN et al., Respondents.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.